IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARION LOERA o/b/o N.V.,

      **Plaintiff,**

                                        No. CV 11-0764 WDS

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

## ORDER EXTENDING BRIEFING DEADLINES

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion for an Extension of Time of the briefing deadlines (Doc. 17), Defendant having no objection, the Court being fully advised FINDS that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand shall be filed no later than April 4, 2012; Defendant's responsive memorandum shall be filed no later than June 4, 2012, and Plaintiff shall file the reply and the Notice of Completion of Briefing no later than June 18, 2012.

IT IS FURTHER ORDERED that all supporting memoranda shall cite the transcript of record in support of assertions of fact and shall cite authority in support of propositions of law.

                                              W. DANIEL SCHNEIDER
                                              UNITED STATES MAGISTRATE JUDGE

*s/ Francesca J. MacDowell*
Francesca J. MacDowell
Attorney for Plaintiff

Approved by:
Virginia Watson Keyes
Attorney for Defendant