## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**NATHANIEL VERGARA,[1]**

    **Plaintiff,**

**v.**                                                                                  **No. 11-cv-0764 MCA/SMV**

**CAROLYN COLVIN,[2]**
**Acting Comm'r of SSA,**

    **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 47] ("PF&RD"), issued on July 14, 2014.  On reference by the Court, [Doc. 46], the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended granting Plaintiff's Motion for Attorney Fees Under Equal Access To Justice Act [for Work Before the District Court], with Supporting Memorandum [Doc. 38] and granting Plaintiff's Motion for Attorney Fees . . . Under the Equal Access to Justice Act, 28 U.S.C. § 2412 [for Work Before the Appellate Court] [Doc. 39].  No objections were filed, and the time for doing so has passed.  Accordingly, the Court will adopt the PF&RD.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 47] are **ADOPTED**.

---

[1] Nathaniel Vergara has been substituted for Marion Loera, on behalf of N.V.  *See* [Doc. 35-1].
[2] On February 14, 2013, Carolyn Colvin became the Acting Commissioner of Social Security and, therefore, has been substituted for Commissioner Michael J. Astrue as Defendant in this action.  *See* Fed. R. Civ. P. 25(d)(1) (permitting such substitutions).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees Under Equal Access To Justice Act [for Work Before the District Court], with Supporting Memorandum [Doc. 38] is **GRANTED**. Plaintiff Nathaniel Vergara is authorized to receive $5,463.60 for payment to his attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees . . . Under the Equal Access to Justice Act, 28 U.S.C. § 2412 [for Work Before the Appellate Court] [Doc. 39] is **GRANTED**. Plaintiff Nathaniel Vergara is authorized to receive $8,665.58 for payment to his attorney for services before the Tenth Circuit Court of Appeals, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning*, 510 F.3d at 1255.

**IT IS FURTHER ORDERED** that if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, counsel shall refund the smaller award to Plaintiff pursuant to *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) ("Congress harmonized fees payable by the Government under EAJA with fees payable under § 406(b) out of the claimant's past-due Social Security benefits in this manner: Fee awards may be made under both prescriptions, but the claimant's attorney must refun[d] to the claimant the amount of the smaller fee.") (internal quotation marks omitted).

**IT IS SO ORDERED.**

_____
**M. CHRISTINA ARMIJO**
**Chief United States District Judge**